1068

[No. 73833-0-I. Division One. February 13, 2017.]

DEUTSCHE BANK NATIONAL TRUST COMPANY, *as Trustee*, *Respondent*, v. JOHN E. ERICKSON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-00426-5, Andrea A. Darvas, J., entered July 17, 2015. *Affimred* by unpublished opinion per Appelwick, J., concurred in by Becker and Spearman, JJ.

[No. 74041-5-I. Division One. February 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MIKALA LINESE MCCULLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-02498-8, Michael T. Downes, J., entered September 25, 2015. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, C.J., and Leach, J.

[No. 74110-1-I. Division One. February 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN GARCIA-MENDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-10159-5, John H. Chun, J., entered September 25, 2015. *Affirmed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Dwyer and Spearman, JJ.

[No. 74213-2-I. Division One. February 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTINA ELLEN BELLAH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-02481-3, George N. Bowden, J., entered October 22, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Appelwick and Spearman, JJ.